Paul Hart, Cal. SBN 237766
JOHNSON & MONCRIEF
A Professional Law Corporation
295 S. Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902
E-mail: paulhart@johnsonmoncrief.com

Attorneys for Defendant Mivco Packing Company, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRESICK FARMS, INC., | CASE NO. C08-03175 JL |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| MIVCO PACKING COMPANY, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned attorney represents Defendant Mivco Packing Company, LLC in this action.

JOHNSON & MONCRIEF
A Professional Corporation

Date: July 15, 2008       By: _/s/ Paul Hart_
PAUL HART, Cal. SBN 237766
JOHNSON & MONCRIEF
A Professional Law Corporation
295 S. Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902
E-mail: paulhart@johnsonmoncrief.com

NOTICE OF APPEARANCE, Case No. C08-03175 JL – 1