Marion I. Quesenbery, Cal. SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com

Attorneys for Plaintiff
Dresick Farms, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRESICK FARMS, INC., | CASE NO. C08-03175 JL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| MIVCO PACKING COMPANY, LLC, | |
| Defendant. | |

  I am a citizen of the United States. My business address is P.O. Box 20799, Oakland, California 94620. I am employed in the County of Alameda where this service occurs. I am over the age of 18 and am not a party to this action.

  On July 16, 2008, I served by e-mail and U.S. mail a true copy of the following documents:

    **NOTICE OF APPEARANCE BY ATTORNEY FOR DEFENDANT**
    **DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES**
      **MAGISTRATE JUDGE**
    **STIPULATION FOR ENTRY OF JUDGMENT**
    **[Proposed] ORDER & JUDGMENT**
    **PROOF OF SERVICE of the above referenced documents**

on the individual listed below. Specifically, on July 16, 2008, I e-mailed a copy of each document to the e-mail address stated below, and I placed a copy of the documents in an

PROOF OF SERVICE, Case No. C08-03175 JL – 1

1  envelope, with first class postage prepaid and addressed, as follows (without the e-mail address)
2  and deposited it in the U.S. mail in Berkeley, California:

3      Paul Hart
    JOHNSON & MONCRIEF
4      A Professional Law Corporation
    295 S. Main Street, Suite 600
5      Salinas, CA 93901
    *E-mail: paulhart@johnsonmoncrief.com*
6

7      I declare under penalty of perjury under the laws of the State of California and the United
8  States that the above is true and correct and that this proof of service was executed on July 16,
9  2008, at Berkeley, California.

10

11                                      /s/ Marion I. Quesenbery
                                    Marion I. Quesenbery

12

13

14

15

16

17

18

19

20

21

22

23

24

PROOF OF SERVICE, Case No. C08-03175 JL – 2