EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address)*: | TEL NO.: |
|---|---|
| [✓] Recording requested by and return to:<br>MARION I. QUESENBERY<br>RYNN & JANOWSKY, LLP<br>P.O. BOX 20799<br>OAKLAND, CA 94620 | 510.705.8894 |

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: USDC, NO. DISTRICT OF CALIF
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Division

PLAINTIFF: DRESICK FARMS, INC.

DEFENDANT: MIVCO PACKING COMPANY, LLC

**ABSTRACT OF JUDGMENT**  [ ] Amended

FOR RECORDER'S USE ONLY

CASE NUMBER: C08-03175 JL

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   MIVCO PACKING COMPANY, LLC
   375 West Market Street
   Salinas, CA 93901

   b. Driver's license No. and state: [✓] Unknown
   c. Social security No.: [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

   e. [ ] Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:

   f. [ ] Information on additional judgment debtors is shown on page two.

Date: August 1, 2008
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [✓] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name and address)*:
   Dresick Farms, Inc.
   P.O. Box 1260, Huron, CA 93234
4. Judgment debtor *(full name as it appears in judgment)*:
   MIVCO PACKING COMPANY, LLC

6. Total amount of judgment as entered or last renewed:
   $ 305,540.60
7. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address)*:

[SEAL]

5. a. Judgment entered on *(date)*: 7-18-08
   b. Renewal entered on *(date)*:

This abstract issued on *(date)*: 8-6-08

8. A stay of enforcement has
   a. [✓] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date)*:
9. [ ] This judgment is an installment judgment.

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT (CIVIL)**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: DRESICK FARMS, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: MIVCO PACKING COMPANY, LLC | C08-03175 JL |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

14. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

11. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

15. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

12. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

16. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

13. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.